THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| JAMES GARRETT "GARRY" DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION,<br><br>Defendant. | Civil Action No. 5:15-cv-45-BO |

## ORDER SUBSTITUTING PARTIES AND EXTENDING THE DEADLINE FOR RESPONDING TO PLAINTIFF'S COMPLAINT

This cause coming to be heard upon request by Defendant and with consent of Plaintiff, and the parties having advised the Court that Life Insurance Company of North America ("LINA"), rather than CIGNA Corporation, is the proper defendant in this case, and said parties have further agreed that a substitution of parties can be made without the necessity of plaintiff filing an amended complaint, with all references in Plaintiff's Complaint to "Defendant" as deemed references to LINA.

Based on the foregoing, and with the consent of all parties, it is ORDERED as follows:

(a) LINA is hereby substituted for CIGNA Corporation as the named defendant in this action;

(b) It shall not be necessary for Plaintiff to file an amended complaint; rather, all references in plaintiff's complaint to "Defendant" shall be deemed references to LINA; and

(c) LINA's motion for extension of time is allowed, and LINA shall have up to and including **March 17, 2015** to answer or otherwise respond to Plaintiff's Complaint.

This the 27 day of February, 2015.

*Terrence Boyle*